

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Cause number and style:          01–13-00489-CR;  *Diaz v. State*

Date motion filed:                    November 6, 2013

Party filing motion:  Salomon Angulo Diaz


It is **ordered** that the motion for panel rehearing is denied.


Judge's signature: /s/ Jane Bland

                    Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Bland and Huddle.


Date:  November 19, 2013